**FILED**

SEP 27 2017

Clerk, U.S. District Court
Texas Eastern

General Complaint

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

CYNTHIA ANNE VANN

Case Number: 4:17cv681-ALM/CAN

List the full name of each plaintiff in this action.

VS.

VETERANS ADMINISTRATION
DALLAS VA HOSPITAL

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I. ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A. In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (circle one)

1. Employ Counsel
2. Court - Appointed Counsel
3. Lawyer Referral Service of the State Bar of Texas, P. O. Box 12487, Austin, Texas 78711.

B. List the name(s) and address(es) of the attorney(s):

N/A PROSE, I AM the ONLY CLAIMANT

C. Results of the conference with counsel:

_____

_____

_____

II. List previous lawsuits:

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents?   ____Yes   _X_ No

B. If your answer to "A" is "yes", describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

1. Approximate file date of lawsuit: _____

2. Parties to previous lawsuit(s):

Plaintiff _____

Defendant _____

Attach a separate piece of paper for additional plaintiffs or defendants.

3. Identify the court the lawsuit was filed. If federal, name the district. If state, name the county.

_____

4. Docket number in other court. _____

5. Name of judge to whom the case was assigned.

_____

6. Disposition: Was the case dismissed, appealed or still pending?

_____

7. Approximate date of disposition. _____

III.   Parties to this suit:

　　A.   List the full name and address of each plaintiff:

　　　　Pla #1 _____

　　　　_____

　　　　_____

　　　　Pla #2 _____

　　　　_____

　　　　_____

　　B.   List the full name of each defendant, their official position, place of employment and full mailing address.

　　　　Dft #1: _____

　　　　_____

　　　　_____

　　　　Dft #2: _____

　　　　_____

　　　　_____

　　　　Dft #3 _____

　　　　_____

Attach a separate sheet for additional parties.

IV:   Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

*SEE ATTACHED 3 PAGE LETTER TO the COURT*

Case 4:17-cv-00681-ALM-CAN   Document 1   Filed 09/27/17   Page 4 of 5 PageID #: 4

V. Relief: State Briefly exactly what you want the court to do for you. Make no legal arguments and do not cite cases or statutes. Attach additional pages if necessary.

I am asking the court to compensate me for the money my deceased husband was denied for his death related Agent Orange that he was denied benefits for in 2011 and his autospy proved. I was his caregiver and the aid + attendance he received would have been greater had the VA done their job. I suffered emotionally and after his death all his benefits were gone, I was left literally pennyless.

Signed this 27 day of SEPTEMBER, 20 17.
(Month) (Year)

CYNTHIA A. VANN
1701 E. Hebron Pkwy #201
CARROLLTON, TX - 75010

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: September 27 2017
Date

Cynthia A. Vann

Signature of each plaintiff