To Whom it May Concern:                    September 25, 2017

Subject: Tort Claim No. 13648, Federal District Court , Sherman Texas

My name is Cynthia A. Vann, I am the widow of Navy Veteran, Philip D. Vann
that I had filed Tort Claim No. 13648 for failure to diagnose and treat and
wrongful death. I had filed an appeal with the General Counsel with the
Department of Veterans Affairs in Washington. I was advised at that time there
would be a reconsideration of my Claim. I was advised that the Attorney
General's regulations provide their agency a 6-month period during which time
my right to file suit is suspended. Thereafter, if no decision has been made, I
may then either deem the matter denied by filing suit in Federal district court,
or continue to wait an agency decision.

Their 6-month time frame was up April 2017, I have never received any
correspondence saying my claim was denied. I am offended at such a
mannerism of not even being notified of a decision. This is a disgrace to ignore
me as this proves to me a widow of a veteran is a nobody to this system. I have
decided after months of disappointment to file suit as the legal system allows,
within 6 months from April 2017 time frame.

This letter has been sent certified mail, so I will be in receipt of the court
receiving this letter with the date.

I am notifying this court today that I am filing a suit with this Federal district
court, I am asking respectfully that you would give me the respect to look at the
evidence that the Dallas VA Hospital denied my beloved husband medical
treatment for. They knew for eight consecutive years he had an Agent Orange
disease that not only did the VA Rating Board deny him Agent Orange Benefits
for in 2011, but they also knew year after year of this heart disease that caused
multiple health problems. It doesn't take a rocket scientist to understand that if
a heart has blockage as his autopsy proves it is going to cause other major
health problems.

My beloved husband had been denied Agent Orange compensation even though
it was documented in his Dallas VA hospital medical records, one being
radiology reports that were passed on to his lung Doctor time and time. Doctor
or Doctors never seemed to care to get him help, they just let every evidence of
life threatening heart disease to be overlooked as it meant nothing to them. He
was never referred to a cardiologist. Doctors reading these radiology had an
obligation to treat him, they never did anything for him and that is absolute
negligence, they failed to diagnose him and treat him knowing he had heart
blockage that continued to get worst and worst and became his demise. They

were quick to diagnose him with excecutive dementia, which he never had, he was gasping to breathe, no oxygen was getting to his brain. His lungs got scarred from multiple bouts of pneumia because of his heart not pumping blood to his lungs to heal them, the scarring caused fibrosis. The VA will LIE and tell you different. He was my husband, I was his caregiver, we were married for 28 years. He NEVER had shortness of breath until his heart became a problem in 2008, when he went into A-Fib and they never did anything but put him ICU for 4 days, there were never any follow ups to a cardiologist, they knowingly let his heart get worst, knowing it would eventually kill him. We can't live without our heart.

His autopsy said he had Atherosclerotic, CardioVascular Disease, you do not get this over night, he had it for years and the Dallas VA hid it from him and me his cargiver and did nothing to help him, a simple stent could have cleared his blockage. He was having what they thought were seizures when in fact his autopsy said were strokes, which was from heart disease, and nothing was done. The Dallas VA knew he had A-Fib but he NEVER had a cardiologist, he was never seen by one other than the one time in their ICU for an A-Fib attack.  I believe because he was 100% disabled from PTSD they just let him die, one less veteran to have to deal with and compensate. He was my husband, my children's father, he was a grandfather, he was NOTHING to the Dallas VA but another sick veteran to get off their books.

I am 62 years old, I'm grateful to be in excellent health, I am working full time, but his death has left me with no savings, had he lived longer and his heart given the proper treatment things could have been different. I was his cargiver, I kept him immaculate, he was safe, he was a fighter until the end. He was an intelligent man, who went to war right out of highschool top of his class, he wanted to serve his country, he came back a broken young man. He like all of our Vietnam Veterans were never welcomed home, he suffered from survivors guilt, he was a kind man, wanting to help others but couldn't overcome his own battle with PTSD. I loved him, comforted him, told him it was ok to cry, to never to be ashamed of what he was battling. He had a funeral that of a pauper, he deserved better, I was left with nothing but thousands and thousands of medicals bills, and a deceased husband.

The VA is a shrew government agency, when he was rated 100% permanent and totally disabled he was intitled to a 10K life insurance policy that I was not aware of, no one told me, the VA sure won't tell you I found out after the two year statue of limitations and he never received it. I surely could have used that for his funeral. It's things like this that emotionally hurt a veterans family, a surviving spouse, and children. He was in a rental casket, cremated, I wanted

him to be buried, he has no headstone, it has broken my heart and my children's.

I am asking this court to be fair and acknowledge this griseous act of failing to diagnose and treat my beloved husband, it resulted in a wrongful death. His death has devastated me, my children and my beloved grandchildren who will never grow up to know him. What ever this court would choose to compensate me with I would accept with a grateful heart, his death has left me numb.

Thank you for your time and consideration of my claim, I will wait patiently on your decision.

Sincerely,

*Cynthia A. Vann*

Cynthia A. Vann

1701 E. Hebron Pkwy #2101

Carrollton, Texas 75010

Enclosed: 5 pages of Dallas VA Hospital medical records proving they knew he had an Agent Orange illness, heart disease.

1 page showing Cardiac Arrest at time of death at UT Southwestern

3 pages of heart disease information

# Radiology Reports

using the TeraRecon workstation.

Clinical History: 61-year-old male with shortness of breath.

Findings: Given motion artifact, there is some loss of sensitivity for evaluation of pulmonary emboli but allowing for this limitation, no filling defects identified centrally or in the segmental or subsegmental pulmonary arteries.

Evaluation of the lung windows demonstrates bilateral small pleural effusions and nonspecific reticular and groundglass densities peripherally in a subpleural location bilaterally which is nonspecific but may represent atelectasis and/or pulmonary edema. However, infection cannot be ruled out. Centrilobular emphysematous changes and bulla are identified. No dominant pulmonary nodular masses identified. No pneumothorax

Atherosclerotic calcification is noted in the coronary arteries. No pathologically enlarged axillary lymph nodes. Subcentimeter mediastinal lymph nodes are noted and are mildly more prominent when compared to prior study suggesting reactive changes. No significant pericardial effusion. Evaluation of the upper abdomen reveals no intervals significant adverse change. Evaluation of the bones reveals degenerative changes including Schmorl's nodes. There is depression of the superior endplate of T7, T11, T12, L1, and L3 vertebral bodies. There is also depression of the superior endplate and inferior endplate of T9. This suggests multiple compression fractures, age-indeterminate.  No aggressive lytic or blastic lesions identified.

Impression:

1. Limited evaluation secondary to motion artifact but allowing for this limitation, there is no filling defect identified centrally or in the segmental or subsegmental pulmonary arteries.

2. Bilateral small pleural effusions with bilateral reticular and ground glass densities peripherally in a subpleural location which is nonspecific but may represent atelectasis and/or pulmonary edema. A component of infection cannot be ruled out.

3. Subcentimeter pulmonary lymph nodes which are slightly more prominent compared to prior study which may be reactive.

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

VANN, PHILIP DONOVAN
1701 E. HEBRON PKWY
APT 2101
CARROLLTON, TEXAS  75010

**VISTA Electronic Medical Documentation**

Printed at NORTH TEXAS HCS

# Discharge Summaries

ACTIVITY: fall precautions

FOLLOW UP:

MS clinic on 8/7/06
DAL-AC-PRIMARY CARE WITH Anthony Jung in 1 month

MEDICATIONS:
Prednisone taper: 200 mg po daily x 2 days, then 150 mg po daily x 2 days, then 100 mg po daily x 2 days, then 90 mg po daily x 1 day, then 80 mg po daily x 1 day, then 70 mg po daily x 1 day, then 60 mg po daily x 1 day, then 50 mg po daily x 1 day, then 40 mg po daily x 1 day, then 30 mg po daily x 1 day, then 20 mg po daily x 1 day, then 10 mg po daily x 1 day, then stop

Omeprazole 40 mg po daily
Caclium/vitamin D 2 tabs po bid
Simavstatin 40 mg po daily
Compazine 10 mg po q6 hrs prn n/v

/es/ JOSEPHR BERGER, M.D.
RESIDENT PHYSICIAN
Signed: 07/28/2006 19:12

/es/ STUART J. SPECHLER, MD
STAFF PHYSICIAN
Cosigned: 07/30/2006 06:54

---

LOCAL TITLE: Discharge Summary
ADMIN DATE: JUN 05, 2006          DISCH. DATE:
STANDARD TITLE: DISCHARGE SUMMARY
DICT DATE: JUN 12, 2006@09:15      ENTRY DATE: JUN 12, 2006@09:16:05
DICTATED BY: SMITH,ALLISON L        ATTENDING: ONEAL,BARRY L
URGENCY: routine                     STATUS: COMPLETED

Admission Date: 06/05/06
Discharge Date: 06/12/06

Attending: Barry Oneal, MD
Resident: Usman Baber, MD
Intern: Allison Smith, MD

Primary diagnosis: Multiple sclerosis

Comorbid conditions: Steroid-induced hyperglycemia
                     Hyperlipidemia    ATHEROSCLEROSIS
                     Agent orange exposure

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)    **VISTA Electronic Medical Documentation**

VANN,PHILIP DONOVAN
1701 E. HEBRON PKWY
APT 2101                          Printed at NORTH TEXAS HCS
CARROLLTON, TEXAS   75010

Page 34

*CT scan date 2-25-2013*

# Radiology Reports

phase of imaging and coronal reconstructions were generated by
the technologist. Subsequent 5 mm transaxial images were obtained
from the lung apices to the bases.  The study was also reviewed
using the TeraRecon workstation.

Findings:

No filling defects are identified within the pulmonary arteries
to suggest pulmonary embolism. Multifocal atherosclerotic
calcifications of the coronary arteries are noted. No significant
pericardial effusion.  Atherosclerotic calcifications are noted
within the thoracic and visualized abdominal aorta, including its
major branch vessels.  Incidental note is made of a common origin
of the brachiocephalic and left common carotid arteries.

Evaluation of the lung windows again demonstrates severe
centrilobular emphysema with bullous changes in the lung apices.
Stable peripheral reticular and groundglass densities likely
represent scarring. No dominant pulmonary nodule or mass. No
significant pleural effusion or pleural thickening noted. The
trachea and right and left main bronchi and segmental bronchi are
normally patent.

Evaluation of the mediastinal windows demonstrates stable
subcentimeter mediastinal and hilar lymph nodes. No
pathologically enlarged mediastinal, hilar, or axillary lymph
nodes evident. Bilateral gynecomastia.

Evaluation of the imaged portions of the upper abdomen
demonstrates no acute findings. Stable 8 mm legislation within
the right hepatic lobe (series 7, image 50). The liver appears
diffusely fatty infiltrated. The visualized spleen and adrenals
are unremarkable. Fatty infiltration of the pancreas. Again seen
is a 4.2 cm simple cyst within the mid left kidney. The
visualized right kidney is unremarkable.

Review of the bone windows demonstrates no acute or aggressive,
osteolytic, destructive bone lesion. Bones appear osteopenic.
Multiple thoracic compression fracture deformities are again
noted.


Impression:


1. No CT evidence of pulmonary thromboembolism.  2. Severe
centrilobular emphysema with bullous changes in the lung apices.

---

**PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)**

VANN, PHILIP DONOVAN
1701 E. HEBRON PKWY
APT 2101
CARROLLTON, TEXAS   75010

**VISTA Electronic Medical Documentation**


Printed at NORTH TEXAS HCS

*Dallas VA Hospital*

PROCEDURE : CT CHEST ANGIOGRAPHY W/O&W I     PAGE NUMBER  : 1
                                            DATE PRINTED : JUL 26,2012  10:31

(Case 8878 COMPLETE) CT CHEST ANGIOGRAPHY W/O&W INCLUD(CT    Detailed) CPT:71275
     Contrast Media : Non-ionic Iodinated
     Reason for Study: SOB,

     Clinical History:
Suspected PE, d-dimer is high.

     Report:
CTA for suspected Pulmonary Embolism

Comparison exam(s): CT chest from 3/30/2010 and 7/11/2006

Technique: Following bolus administration of intravenous contrast using
Omnipaque 350 total volume 130 ml, contiguous thin section transaxial
images were obtained during the pulmonary arterial phase of imaging and
coronal reconstructions were generated by the technologist. Subsequent 5 mm
transaxial images were obtained from the lung apices to the bases. The
study was also reviewed using the TeraRecon workstation.

Clinical History: 61-year-old male with shortness of breath.

Findings: Given motion artifact, there is some loss of sensitivity for
evaluation of pulmonary emboli but allowing for this limitation, no filling
defects identified centrally or in the segmental or subsegmental pulmonary
arteries.

Evaluation of the lung windows demonstrates bilateral small pleural
effusions and nonspecific reticular and groundglass densities peripherally
in a subpleural location bilaterally which is nonspecific but may represent
atelectasis and/or pulmonary edema. However, infection cannot be ruled out.
Centrilobular emphysematous changes and bulla are identified. No dominant
pulmonary nodular masses identified. No pneumothorax

Atherosclerotic calcification is noted in the coronary arteries. No
pathologically enlarged axillary lymph nodes. Subcentimeter mediastinal

dictated FEB  3,2012                  typed FEB  3,2012  15:12
VERIFYING STAFF: RICE,GREGG DOUGLAS    /FEB  3,2012  15:57

PATIENT NAME : VANN,PHILIP DONOVAN    CASE NUMBER: 8878
SOC SEC NUM  :                         EXAM DATE  : FEB  3,2012  11:40
DATE OF BIRTH: 02-22-1950             WARD/CLINIC: 5AMICU
AGE          : 62                      PHYSICIAN  : CHOUSAND,MAXI T
SEX          : MALE

RADIOLOGY REPORT          DVAMC NORTH TEXAS HCS              SF 519a

VAF 10-9034 VICE SF 519B RADIOLOGY/NUCLEAR MEDICINE REPORT

**Procedures by Rosechelle Mary Ruggiero, MD at 10/12/14 1524**

Author: Rosechelle Mary Ruggiero, MD          Service: Pulmonary          Author Type: Physician
Filed: 10/12/14 1549                          Note time: 10/12/14 1524    Status: Signed
Editor: Rosechelle Mary Ruggiero, MD (Physician)
Related Notes:          Related Note by Andrew Ryan Tomlinson, MD (Fellow) filed at 10/12/14 1528
I was present for procedure above

Rosechelle M. Ruggiero

**Progress Notes by James Eugene Graff, RN at 10/12/14 1433**

Author: James Eugene Graff, RN               Service: (none)            Author Type: Registered Nurse
Filed: 10/12/14 1535                         Note time: 10/12/14 1433   Status: Signed
Editor: James Eugene Graff, RN (Registered Nurse)
Called to room for Code Blue, pt lost pulse after losing pulse ox reading. ACLS begun.

*date of death*

**Procedures by Andrew Ryan Tomlinson, MD at 10/12/14 1524**

Author: Andrew Ryan Tomlinson, MD            Service: Pulmonary         Author Type: Fellow
Filed: 10/12/14 1528                         Note Time: 10/12/14 1524   Status: Signed
Editor: Andrew Ryan Tomlinson, MD (Fellow)
Related Notes:          Cosigned by Rosechelle Mary Ruggiero MD (Physician) filed at 10/12/14 1549
   Pre-procedure Diagnoses
   1. Cardiac arrest [427.5]

   Post procedure Diagnoses:
   1. Cardiac arrest [427.5]

   Procedures
   1 ARTERIAL CATHETERIZATION/CANNULATION, MONITORING/TRANSFUSION (SEP PROC); PERCUTANEOUS [36620 (CPT®)]

**Procedure Note - Arterial Line (Right femoral):**
Providers - Andrew Tomlinson, MD (fellow); Ray Hwong, MD (resident)
Medicines - none

Printed on 11/4/2014 3:12 PM

The FASEB Journal
www.fasebj.org

doi: 10.1096/fj.14-0402ufm
April 2014
The FASEB Journal vol. 28 no. 4 1531-1533

# Agent Orange and Heart Disease: Is There a Connection?

Jerome Lowenstein[1]

[±] Author Affiliations

↲[1]Correspondence: E-mail: Jerome.Lowenstein@nyumc.org

Spraying Agent Orange: A photo provided by the U.S. Air Force shows four "Ranch Hand" C-123 aircraft spraying liquid defoliant on a suspected Viet Cong position in South Vietnam, September 1965. The four specially equipped planes covered a 1000-foot-wide swath in each pass over the dense vegetation (AP Photo/U.S. Air Force).

In august 2011, a patient asked if I would complete a form that he had received from the Veterans Administration. It was an Agent Orange Fast Track Claim for Ischemic Heart Disease. I completed the form, which requested that I provide evidence that my patient, who had served in Vietnam and decribed his exposure to Agent Orange, had arteriosclerotic heart disease. That was not difficult, as he had already, at the age of 56, undergone a coronary artery angioplasty and stent. I was not aware of a connection between Agent Orange and coronary heart disease.

I learned in May 2013 that compensation was awarded to my patient. I knew that the Veterans Administration, over several years, had recognized Agent Orange exposure as a possible cause of a variety of conditions, predominantly skin disorders and a number of tumors and leukemia. In its most recent deliberations, the Veterans Administration added Parkinson's disease and perhaps most importantly, ischemic (atherosclerotic) heart disease. This led me to look into the tangled history of Agent Orange during the Vietnam conflict between 1962 and 1971.

## Sifting through the evidence

The United States sprayed Agent Orange, a herbicide, in a highly concentrated form as a defoliant in Vietnam beginning in 1962. Agent Orange was known to contain the contaminant TCDD or 2,3,7,8-tetrachlorodibenzo-paradioxin (dioxin), which is regarded as a highly toxic chemical agent in animals and man (1).

During the decade between 1980 and 1990, as veterans' groups were asserting that they were suffering effects of toxicity related to exposure ...

[Full Text of this Article]



**(No subject)**

Cindy Vann (cindyvann@verizon.net)

Wed, Sep 2

To: you    Details    Slideshow

IMG_8936.PNG (480 KB)

Sent from my iPhone

1 Attached Images

